1124

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PRESTON BOYD, Appellant. [33 NYS3d 923]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Lindley, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC D. CARR, Appellant. [33 NYS3d 808]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Peradotto, Lindley and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE D. ENNIS, Appellant. [33 NYS3d 923]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Peradotto, Lindley and Curran, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PARISH M. STREETER, Appellant. [33 NYS3d 809]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Lindley, DeJoseph and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN BARILL, Appellant. [33 NYS3d 809]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Carni, Lindley and Scudder, JJ.

■ BRIAN LIPPENS, Respondent, v WINKLER BACKEREITECH-NIK GMBH et al., Appellants, et al., Defendants. (Appeal No. 1.) [33 NYS3d 924]—Motion for reargument denied. Present—Whalen, P.J., Smith, Peradotto, Carni and DeJoseph, JJ.

■ BRIAN LIPPENS, Respondent, v WINKLER BACKEREITECH-NIK GMBH et al., Appellants, et al., Defendants. (Appeal No. 2.) [33 NYS3d 925]—Motions for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Smith, Peradotto, Carni and DeJoseph, JJ.

■ CHRISTOPHER DANN, Respondent-Appellant, v AUBURN POLICE DEPARTMENT et al., Appellants, and CAYUGA COUNTY DISTRICT ATTORNEY'S OFFICE et al., Respondents. [33 NYS3d 925]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.

■ AFTERMATH RESTORATION, INC., Plaintiff, v NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY et al., Respondents, and DAVID DALE, Appellant. [33 NYS3d 925]—Motion for poor person relief denied. Motion for reargument or leave to appeal to the Court of Appeals dismissed. Present—Centra, J.P., Carni, DeJoseph, Curran and Scudder, JJ.